# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161071

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 161071
                                       COA: 346048
                                       Washtenaw CC: 17-000296-FC

ANTHONY RAY HARRIS, a/k/a RAY HARRIS
ANTHONY, a/k/a ANTHONY RAY HARRIS, JR.,
a/k/a TONY HARRIS, JR.,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 21, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



                                  Clerk

s0622